**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003480
27-MAR-2014
10:55 AM**

NO. CAAP-13-0003480

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JONATHON SAATKAMP, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 12-1-0048;
CR. NOS. 02-1-1725; 02-1-1730;
03-1-2546; 05-1-1872; 05-1-2726; 06-1-0447)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On September 18, 2013, Petitioner-Appellant Jonathon Saatkamp (**Appellant**) filed a notice of appeal;

(2) The record on appeal was filed on November 9, 2013, and the appellate clerk informed Appellant that the opening brief was due on December 19, 2013;

(3) Appellant requested and was granted an extension to January 21, 2014 to file the opening brief;

(4) Appellant did not file the opening brief;

(5) On February 3, 2014, the appellate clerk informed Appellant that:

(a) The time for filing the opening brief expired;

(b) Pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on February 13, 2014 for such action as the court deems proper; and

(c) The appeal may be dismissed; and

(6) Thereafter, Appellant did not file the opening brief or respond to the notice of default.

For these reasons, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 27, 2014.

Presiding Judge

Associate Judge

Associate Judge